


Entered on Docket
November 09, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV 89101
(702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**IN RE:**
**MIGUEL RODRIGUEZ**

**Debtor**

**PRO SE DEBTOR**
**Attorney for Debtor**

Chapter 13
BKS-10-27735-LBR

Hearing Date: N/A
Hearing Time: N/A

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on November 04, 2010.

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: November 05, 2010
(tsw)